

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Janet Biereg,          * From the County Court
of Howard County,
Trial Court No. C-6212.

Vs. No. 11-22-00074-CV      * May 19, 2022

Laurel Hernandez,       * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Janet Biereg.